# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ROY CHARLES DERKSEN,**
        **Petitioner,**

v.                                                             Case No. 25-CV-1652

**RYAN WALDSCHMIDT,**
        **Respondent.**

---

## ORDER

Magistrate Judge Nancy Joseph has issued a report and recommendation on Roy Charles Derksen's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. She recommends that I dismiss the petition in accordance with Rule 4 of the Rules Governing § 2254 Cases. The petitioner has objected to the recommendation. Therefore, I have reviewed the motion, along with the magistrate judge's recommendation and the plaintiff's objection, *de novo*. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b)(3). I agree with Judge Joseph's recommendation and will fully accept it. Petitioner has not exhausted his state court remedies and thus is not entitled to relief.

Accordingly, **IT IS ORDERED** that Magistrate Judge Joseph's recommendation is **ACCEPTED**, that the petition is **DENIED** and the case is **DISMISSED**. The Clerk of Court shall enter final judgment.

Dated at Milwaukee, Wisconsin, this 18th day of November, 2025.

                                                                  /s/ Lynn Adelman
                                                                    LYNN ADELMAN
                                                                    District Judge